1  LAUREL I. HANDLEY (NV Bar # 009576)
   JORY C. GARABEDIAN (NV Bar # 10352)
2  ALDRIDGE PITE, LLP
   520 South 4th St., Suite 360
3  Las Vegas, Nevada 89101
   Telephone: (858) 750-7600
4  Facsimile: (702) 685-6342
   E-mail: lhandley@aldridgepite.com
5
   Attorneys for Defendant
6  FEDERAL NATIONAL MORTGAGE ASSOCIATION

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| ALESSI & KOENIG, LLC, a Nevada limited liability company, | Case No.: 2:15-cv-00808-GMN-PAL |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| DAVID BYRON; and JENNIFER BYRON, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally sponsored entity; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX inclusive, | |
| Defendants. | |

Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and Plaintiff ALESSI & KOENIG, LLC ("A&K"), by and through their respective attorneys of record, hereby submit their Joint Status Report in accordance with this Court's December 7, 2015 Order (Dkt. 21).

The appeal of the Amended Final Judgment in the related case *Skylights LLC v. David Byron, et al.*, Case No. 2:15-cv-00043-GMN-VCF (hereinafter the "*Skylights Case*") has been dismissed. (See *Skylights Case*, Dkt. 67 & 69). Because there is now a final adjudication in the *Skylights Case*, Fannie Mae and A&K believe the instant interpleader action can now proceed. Accordingly, Fannie Mae and A&K request that the stay of the instant interpleader action be

lifted and/or dissolved.

Further, Fannie Mae and A&K propose that within 30 days from this Court's order lifting and/or dissolving the stay, the parties hold a supplemental conference pursuant to Fed. R. Civ. Proc. 26(f), and that an amended case management and discovery plan be filed within 14 days thereafter.

DATED this 7th day of March, 2016.

ALDRIDGE PITE, LLP

/s/ Jory C. Garabedian
LAUREL I. HANDLEY
JORY C. GARABEDIAN
*Attorneys for Defendant,*
*FEDERAL NATIONAL MORTGAGE*
*ASSOCIATION*

ALESSI & KOENIG, LLC

/s/ Steven T. Loizzi
STEVEN T. LOIZZI
*Attorney for Plaintiff,*
*ALESSI & KOENIG, LLC*

**IT IS ORDERED** that:

1. The stay is **LIFTED**;

2. The parties shall have until **April 8, 2016**, to conduct a Supplemental Rule 26(f) conference and shall submit a proposed Discovery Plan and Scheduling Order no later than **April 22, 2016**.

Dated:  March 10, 2016

Peggy A. Leen
United States Magistrate Judge