LAUREL I. HANDLEY (NV Bar # 009576)
JORY C. GARABEDIAN (NV Bar # 10352)
ALDRIDGE PITE, LLP
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: lhandley@aldridgepite.com

Attorneys for Defendant
FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALESSI & KOENIG, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BYRON; and JENNIFER BYRON, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally sponsored entity; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00808-GMN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF FEDERAL NATIONAL MORTGAGE ASSOCIATIION** |

Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and Plaintiff ALESSI & KOENIG, LLC ("A&K"), by and through their respective attorneys of record, hereby submit stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that A&K's Complaint in Interpleader is dismissed with prejudice as to Fannie Mae.

IT IS FURTHER STIPULATED AND AGREED that Fannie Mae's claims to the proceeds as referenced in A&K's Complaint in Interpleader are further dismissed with prejudice.

/././

- 1 -
STIPULATION AND ORDER

1    IT IS FURTHER STIPULATED AND AGREED that Fannie Mae and A&K shall bear
2    their own fees and costs as against each other.
3    **IT IS SO STIPULATED AND AGREED.**
4    DATED this 9th day of August, 2016.

ALDRIDGE PITE, LLP

*/s/ Jory C. Garabedian*

LAUREL I. HANDLEY
JORY C. GARABEDIAN
*Attorneys for Defendant,*
*FEDERAL NATIONAL MORTGAGE*
*ASSOCIATION*

ALESSI & KOENIG, LLC

*/s/ Steven T. Loizzi*

STEVEN T. LOIZZI
*Attorney for Plaintiff,*
*ALESSI & KOENIG, LLC*

**IT IS SO ORDERED:**

U.S. DISTRICT COURT JUDGE

DATED: August 12, 2016

- 2 -
STIPULATION AND ORDER