# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALESSI & KOENIG, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:15-cv-00808-GMN-PAL |
| vs. | ) |
| | ) **ORDER** |
| DAVID BYRON, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the Court is the Court's Order requiring Plaintiff Alessi & Koenig, LLC ("Plaintiff") to show cause as to why this case should not be dismissed without prejudice against Defendants David and Jennifer Byron. (ECF No. 35). Plaintiff has failed to file a response. For the following reasons, the Motion to Dismiss will be GRANTED, and Plaintiff's Complaint will be dismissed.

## I. BACKGROUND

This lawsuit was originally filed on March 30, 2015, in the Eighth Judicial District Court for the State of Nevada. (*See* Compl., ECF No. 1-1). Defendants removed the case to this Court on April 29, 2015. (Pet. for Removal, ECF No. 1). Plaintiff's Complaint is an action for interpleader related to foreclosure proceedings.

A Notice of Bankruptcy, (ECF No. 31), was filed January 20, 2017, indicating Plaintiff is in bankruptcy and is now a defunct corporation. On August 8, 2018, Trustee Shelley D. Krohn ("Trustee") filed a Status Report, (ECF No. 34), providing that Trustee and her counsel would not be participating in any matter in which Plaintiff is a party.

On August 21, 2018, the Court ordered that Plaintiff show cause as to why this case should not be dismissed without prejudice against Defendants David and Jennifer Byron. (ECF No. 35). Plaintiff had until September 14, 2018, to file a response. (*Id.*).

Not only did Plaintiff fail to meet this deadline, but Plaintiff has also failed to file any response at all.

## II. DISCUSSION

Based on the Trustee's representations in the Status Report and Plaintiff's failure to respond to the Court's Order to show cause why this action should not be dismissed without prejudice, this Court hereby dismisses Plaintiff's Complaint without prejudice.

## III. CONCLUSION

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice**. The Clerk of Court shall enter judgment accordingly.

DATED this  18  day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge